UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGAR JACKSON, | Case No. CV 07-05311 TJH(AJW) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| CITY OF INGLEWOOD, et al., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: March 12, 2009

*/s/ Terry J. Hatter, Jr.*
TERRY J. HATTER, JR.
United States District Judge