# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDGAR JACKSON, ) | |
|       Plaintiff, ) | Case No. CV 07-5311 TJH (AJW) |
| v. ) | |
| CITY OF INGLEWOOD, et al., ) | J U D G M E N T |
|       Defendants. ) | |

**IT IS ADJUDGED** that

(1) plaintiff's federal claims against defendants Pupose Los Chorros Restaurant, 96 Cent Store & Up, Lafonda Restaurant, Econo Lube N Tune, and Merlin Gomez are dismissed with prejudice; and

(2) plaintiff's federal claims against defendants D. Orlacio, O. Osoria, the City of Inglewood, and John Does 1 through 10 are dismissed without prejudice.

DATED: March 12, 2009

_____
TERRY J. HATTER, JR.
United States District Judge